FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA      '08 MJ 8061

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| ) | Importation of a Controlled |
| Alejandro Ramon CENDEJAS-Zavala ) | Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about January 22, 2008, within the Southern District of California, defendant Alejandro Ramon CENDEJAS-Zavala, did knowingly and intentionally import approximately 25.58 kilograms (56.27 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Vincent McDonald Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24TH DAY OF JANUARY 2008.

Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Alejandro CENDEJAS-Zavala

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Vincent McDonald.

On January 22, 2008, at approximately 1630 hours, during pre-primary inspection at the Calexico, CA East Port of Entry Customs and Border Protection Officer (CBPO) J. Jones advised CBPO P. Morales his canine had alerted to a white 1998 Isuzu. CENDEJAS was the sole occupant and registered owner of the 1998 Isuzu.

CBPO J. Lopez approached CENDEJAS and obtained a negative Customs declaration. CENDEJAS advised CBPO P. Morales he was traveling to the U. S. to make a payment at "Sam Ellis" utilizing his mother's credit card.

CBPO J. Jones asked CENDEJAS if he owned the vehicle. CENDEJAS stated he was the owner. CBPO J. Jones inspected the area of the vehicle the canine alerted to, and observed packages hidden behind the panel of the vehicle. CBPO P. Morales and CBPO J. Lopez escorted CENDEJAS from the vehicle into the vehicle secondary (VS) area.

In the VS area, CBPO J. Lopez continued to inspect the area of the vehicle where CBPO J. Jones observed the packages. CBPO J. Lopez extracted a total of twenty packages wrapped in black garbage bags, brown tape, and clear cellophane from various locations of the 1998 Isuzu. CBPO J. Lopez probed a package and it revealed a green, leafy substance. The substance was field-tested and it tested positive for marijuana, a Schedule I Controlled Substance. The combined weight of the twenty packages was 25.58 kilograms (56.27 pounds).

CENDEJAS was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions without the presence of an attorney. CENDEJAS stated he was the owner of the vehicle. CENDEJAS originally denied knowing drugs

1  were in the vehicle.

2  CENDEJAS changed his statement, claiming "the truth is" he knew drugs were inside the
3  vehicle but he did not see what kind of drugs were put in the car. CENDEJAS stated he was to drive
4  the vehicle to Fifth street and Pauline in Calexico and park in front of a Christian church where there
5  
6  is a school. CENDEJAS claimed he was not going to receive payment for the transportation of the
7  drugs.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28